In the Matter of the Application of LILLIAN WEINER, Appellant, to Compel BERNARD M. TURKAT and DAVID DIAMOND, Attorneys at Law, etc., Formerly Doing Business as Copartners under the Firm Name and Style of TURKAT & DIAMOND, to Pay over Certain Moneys. DAVID DIAMOND, Respondent.— Motion to resettle order dated February 19, 1932, ▮ granted, and order resettled by striking therefrom the words " with ten dollars costs and disbursements.'; Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

CAROLINE FLORENCE KING (Formerly Known as CAROLINE FLORENCE MOORE), Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FRANCES M. LEARY, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOSEPH LOSCALZO, Respondent, v. MANHATTAN AND QUEENS TRACTION CORPORATION, Appellant. (Action No. 1.) JOSEPH LOSCALZO, Respondent, v. MANHATTAN AND QUEENS TRACTION CORPORATION, Appellant. (Action No. 2.) — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

ANNA MORGENBESSER, Respondent, v. AL TARTASKY and Others, Defendants, and FANNIE KUPSHINSKY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

VICTOR (VINCENT) ZMYRKO, Appellant, v. JACOB (JOSEPH) STRAUB, Respondent; THOMAS EDWARD GAFFNEY, as Receiver, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.